UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RAPHAEL FASAN,

        Plaintiff,

- against -

MCROBERTS PROTECTIVE AGENCY INC.,

        Defendant.

-------------------------------------------------------------X

**JUDGMENT**
13-CV-4658 (RRM) (LB)

      An Order of the undersigned having been filed this day awarding summary judgment to defendant, it is hereby

      ORDERED, ADJUDGED, and DECREED that plaintiff take nothing from defendant, and that this action is dismissed.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

      SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 20, 2015

_____
ROSLYNN R. MAUSKOPF
United States District Judge